

PROB 12B
ED AR (12 2012)

# United States District Court
## for the
## Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 18 2014
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Joel Robert Walker                                    Case Number: 4:09CR00141-01 JLH

Name of Sentencing Judicial Officer:    Honorable J. Leon Holmes
                                        United States District Judge

Original Offense:       Possession of Child Pornography, a Class C felony

Date of Sentence:       June 2, 2011

Original Sentence:      48 months Bureau of Prisons; 10 years supervised release; DNA collection; sex offender registration; sex offender treatment and polygraph; no direct contact with minors; no frequenting places where children congregate; no pornography; computer monitoring program; no social networking sites; search and seizure; financial disclosure; no possession of any type of pin hole camera; no frequenting adult bookstores, sex shops, topless bars, massage parlors; $100 special penalty assessment

| Type of Supervision: | Supervised release | Anticipated Supervision Commencement Date: July 9, 2014 |
|---|---|---|
| | | Anticipated Date Supervision Expires: July 8, 2024 |

| U.S. Probation Officer: MeKisha Childers | Asst. U.S. Attorney: Marsha Clevenger | Defense Attorney: To be appointed |
|---|---|---|

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

**The defendant will reside and participate in a residential reentry center for a period of 6 months, to commence upon release from imprisonment, and will abide by all the rules and regulations of that facility.**

## CAUSE

Mr. Walker has no family, relationship or employment ties to the Eastern District of Arkansas. He wishes to reside close to his mother, in Hendersonville, North Carolina. He has not secured a residence in Hendersonville, North Carolina. Currently, Mr. Walker is homeless. Reentry center placement is requested to provide Mr. Walker opportunity to secure employment and a stable residence in North Carolina.

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Joel Robert Walker          Case Number: 45:09CR00141 JLH

_____              _____
MeKisha Childers                              For Marsha Clevenger
U.S. Probation Officer                        Assistant U.S. Attorney

Date: June 11, 2014                           Date: 6.17.14

Approved:

_____
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

June 18, 2014
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c: Assistant Federal Public Defender, Jenniffer Horan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
   Assistant U.S. Attorney, Marsha Clevenger, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant will reside and participate in a residential reentry center for a period of 6 months, to commence upon release from imprisonment, and will abide by all the rules and regulations of that facility.**

Witness: _[signature]_ Signed: _[signature]_
~~U.S. Probation Officer~~ Probationer or Supervised Releasee
BOP Case Manager

6/11/2014
DATE