# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                         NO. 4:09CR00141-01 JLH

JOEL ROBERT WALKER                                           DEFENDANT

## ORDER

The government's motion to dismiss revocation proceeding is GRANTED. Document #74. The motion to revoke and superseding motion to revoke are hereby dismissed. Documents #71 and #73. The hearing previously scheduled for Tuesday, October 21, 2014, is cancelled.

IT IS SO ORDERED this 16th day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE